IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before May 15, 2003.

## MISCELLANEOUS DISMISSALS

**2003–0266.   State ex rel. Provost v. Indus. Comm.**
Franklin App. No. 02AP–424, 2002-Ohio-7199. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

[Cite as *04/04/2003 Case Announcements,* 2003-Ohio-1724.]

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*April 4, 2003*

## MOTION AND PROCEDURAL RULINGS

**2002–0001.   State ex rel. Clark v. Great Lakes Constr. Co.**
Franklin App. No. 01AP–326. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the motion of amicus curiae Ohio Academy of Trial Lawyers to participate in oral argument scheduled for April 30, 2003,

IT IS ORDERED by the court that the motion for leave to participate in oral argument be, and hereby is, granted, and the amicus curiae shall share the time allotted to appellant.

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2003–0393.   State ex rel. Nestlé USA–Prepared Foods Div., Inc. v. Indus. Comm.**
Franklin App. No. 01AP–1214, 2003-Ohio-413.

**2003–0433.   DAK, PLL v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2002–A–1940.

**2003–0434.   DAK, PLL v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2002–A–1933.

**2003–0435.   DAK, PLL v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2002–A–1941.

**2003–0436.   DAK, PLL v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2002–A–1934.

**2003–0437.   DAK, PLL v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2002–A–1935.

**2003–0438.   DAK, PLL v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2002–A–1942.

**2003–0439.   DAK, PLL v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2002–A–1943.

**2003–0440.   DAK, PLL v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2002–A–1936.